**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.   11-cv-01503-LTB

KELLY D. DAVIS,

      Plaintiff,

v.

UNITED STATES OF AMERICA,

      Defendant.

___

**ORDER**
___

      THIS MATTER having come before the Court on the Joint Stipulation of Dismissal Without Prejudice (Doc 2 - filed October 31, 2011), and the Court being fully advised in the premises, it is therefore

      ORDERED that this matter shall be **DISMISSED WITHOUT PREJUDICE,** each party to pay their own fees and costs.

      BY THE COURT:

      s/Lewis T. Babcock
      Lewis T. Babcock, Judge

DATED:   November 1, 2011